COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00222-CV 

 


 
 
 In the Interest of J.B.L., a Child
 
 
  
 
 
  
  
 
 


 

------------

 

FROM THE
415th District Court OF Parker
COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

We
have considered “Appellant's Unopposed Motion To Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d). 

 

PER
CURIAM

 

PANEL: 
MCCOY, MEIER, and GABRIEL, JJ.  

 

DELIVERED:  August 19, 2010











[1]See Tex. R. App. P. 47.4.